# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1270**　　　　　　　　　　　　　　　　　**September Term, 2023**

FERC-ER24-1583-000
FERC-ER24-1583-001

**Filed On: August 26, 2024** [2071689]

City Utilities of Springfield, Missouri, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consolidated with 24-1282, 24-1283

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 24-1282 and 24-1283 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | September 25, 2024 |
| Statement of Issues to be Raised | September 25, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form